1 David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
2 Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
3 CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
4 Los Angeles, California 90045
(310) 242-2200 Telephone
5 (310) 242-2222 Facsimile

6 Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON O. RIVERA,<br><br>   Plaintiff,<br><br>  vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>   Defendant. | CASE NO. 1:19-cv-01609-AWI-EPG<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NO MORE THAN 28 DAYS**<br><br>[L.R. 144(a)] |

IT IS HEREBY STIPULATED between Plaintiff RAMON O. RIVERA ("Plaintiff") and Defendant EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("Defendant"), through their respective counsel, that Defendant shall have an extension of time, up to and including December 20, 2019, within which to respond to Plaintiff's Complaint on file herein. No previous extension for Defendant to respond to Plaintiff's Complaint has been requested. This stipulation may be filed without approval of the Court in accordance with Local Rule 144(a).

/ / /

1  DATED: December 6, 2019          CARLSON & MESSER LLP
2
3                                   By:    s/Martin Schannong
                                           David J. Kaminski
4                                          Martin Schannong
                                           Attorneys for Defendant
5                                          EDUCATIONAL CREDIT
                                           MANAGEMENT CORPORATION
6
7  DATED: December 6, 2019          WAJDA LAW GROUP, APC
8
9                                   By:    s/Nicholas M. Wajda
                                           Nicholas M. Wajda
10                                         Attorneys for Plaintiff
                                           RAMON O. RIVERA
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained Plaintiff's counsel's authorization to affix the electronic signatures to this document.

DATED:  December 6, 2019              CARLSON & MESSER LLP

By:     s/Martin Schannong
        David J. Kaminski
        Martin Schannong
        Attorneys for Defendant
        EDUCATIONAL CREDIT
        MANAGEMENT CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019, a true and correct copy of the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NO MORE THAN 28 DAYS was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

DATED:  December 6, 2019          CARLSON & MESSER LLP


By:     s/Martin Schannong
        David J. Kaminski
        Martin Schannong
        Attorneys for Defendant
        EDUCATIONAL CREDIT
        MANAGEMENT CORPORATION