

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

RAMON O. RIVERA,

          Plaintiff(s),

Case No. 1:19-cv-01609-AWI-EPG

v.

EDUCATIONAL CREDIT MANAGEMENT CORPORATION,

  Defendant(s).

    I, <u>Eric D. Coleman</u>, attorney for <u>Ramon O. Rivera</u> hereby petition for admission to practice

Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF

Registration and Electronic Service as detailed below and I have submitted payment in the

amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | <u>Sulaiman Law Group, Ltd.</u> |
| Address: | 2500 South Highland Avenue, Suite 200 |
| City: | Lombard |
| State: | IL        ZIP Code: 60148 |
| Voice Phone: | (630) 575-8181 x109 |
| FAX Phone: | (630) 575-8188 |
| Internet E-mail: | ecoleman@sulaimanlaw.com |
| Additional E-mail: | autodocket@sulaimanlaw.com |
| I reside in City: | Chicago        State:  Illinois |

I was admitted to practice in the <u>State of Illinois</u> (court) on <u>11/9/2017</u> (date).

I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

<u>Terri L. Davis v. ARS National Services, Inc. – Case No. 1:19-cv-00885-LJO-SAB, Application filed on 7/5/2019, Granted</u>

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         Nicholas M. Wajda

Firm Name:    Wajda Law Group, APC

Address:      6167 Bristol Parkway, Suite 200

City:         Culver City

State:        California           ZIP Code: 90230

Voice Phone:  (310) 997-0471

FAX Phone:    (866) 286-8433

E-mail:       nick@wajdalawgroup.com

Dated: 12/16/2019              Petitioner: <u>/s/ Eric D. Coleman</u>

**ORDER**

IT IS SO ORDERED.

Dated: _____                    _____
                                                JUDGE, U.S. DISTRICT COURT

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Eric Donald Coleman

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2017 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 19th day of November, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois