**SULAIMAN LAW GROUP, LTD.**
Eric D. Coleman
*Pro Hac Vice*
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
ecoleman@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON O. RIVERA,<br><br>     Plaintiff,<br><br>  v.<br><br>EDUCATIONAL CREDIT<br>MANAGEMENT CORPORATION,<br><br>    Defendant. | Case No. 1:19-cv-01609-AWI-EPG<br><br>**AGREED STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, RAMON

O. RIVERA, and the Defendant, EDUCATIONAL CREDIT MANAGEMENT

CORPORATION, through their respective counsel that the above-captioned case be dismissed

*with* prejudice. Each party to bear its own costs and attorney fees.

Dated: January 19, 2020        Respectfully Submitted,

**RAMON O. RIVERA,**         **EDUCATIONAL CREDIT**
                  **MANAGEMENT CORPORATION,**

*/s/ Eric D. Coleman*          */s/ David J. Kaminski* (*with consent*)
Eric D. Coleman           David J. Kaminski (# 128509)
*Admitted Pro Hac Vice*         *Counsel for Defendant*
Sulaiman Law Group, Ltd.       Carlson & Messer LLP
2500 S. Highland Ave., Ste. 200     5901 W. Century Blvd., Suite 1200
Lombard, Illinois 60148        Los Angeles, California 90045

Phone: (630) 575-8181          Phone: (310)242-2200
Fax: (630) 575-8188            Fax: (310) 242-2222
ecoleman@sulaimanlaw.com    kaminskid@cmtlaw.com
                                 schannongm@cmtlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically

filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.


*/s/ Eric D. Coleman*
Eric D. Coleman