UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON O. RIVERA,<br><br>   Plaintiff,<br><br>   v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>   Defendant. | Case No.  1-19-cv-01609-AWI-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 25) |

    Plaintiff Ramon O. Rivera and Defendant Educational Credit Management Corporation have filed a stipulation to dismiss all claims with prejudice. (ECF No. 25.) Pursuant to the stipulation, the case against has ended and the case is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

    Dated:  **January 19, 2021**     /s/ Erica P. Grosjean

                                                                          UNITED STATES MAGISTRATE JUDGE